DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDRES GARCIA-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:08-cr-00133-MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| ANDRES GARCIA-PEREZ,<br>   aka Roberto Garcia-Perez,<br>   aka Andres Perez Garcia, | Date: May 22, 2008<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Daniel McConkie, Jr., Assistant United States Attorney, and ANDRES GARCIA-PEREZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for April 17, 2008, be vacated and rescheduled for status conference on May 22, 2008, at 9:00 a.m.

This continuance is being requested because defense counsel is waiting for the pre-plea presentence report and needs time to review it with defendant, who speaks only Spanish.

IT IS FURTHER STIPULATED that the period from April 17, 2008, through and including May 22, 2008, be excluded in computing the time

1  within which trial must commence under the Speedy Trial Act, pursuant
2  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
3  preparation of counsel.
4  Dated: April 16, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ANDRES GARCIA-PEREZ

Dated: April 16, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
DANIEL McCONKIE, JR.
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

 Dated: April 16, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2