1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ANDRES GARCIA-PEREZ

7
                   IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,      )  NO. 2:08-cr-00133-MCE
                                  )
12            Plaintiff,          )  STIPULATION AND ORDER CONTINUING
                                  )  STATUS CONFERENCE
13       v.                       )
                                  )
14 ANDRES GARCIA-PEREZ,           )  Date:  June 12, 2008
       aka Roberto Garcia-Perez,  )  Time:  9:00 a.m.
15     aka Andres Perez Garcia,   )  Judge: Morrison C. England, Jr.
                                  )
16            Defendant.          )

17 _____

18      It is hereby stipulated and agreed to between the United States of

19 America through Daniel S. McConkie, Jr., Assistant United States

20 Attorney, and ANDRES GARCIA-PEREZ, by and through his counsel, Matthew

21 C. Bockmon, Assistant Federal Defender, that the status conference

22 presently scheduled for May 22, 2008, be vacated and rescheduled for

23 status conference on June 12, 2008, at 9:00 a.m.

24      This continuance is being requested because defense counsel needs

25 additional time to review the proposed plea agreement with defendant,

26 who speaks only Spanish.

27 ///

28 ///

1   IT IS FURTHER STIPULATED that the period from May 22, 2008,
2 through and including June 12, 2008, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.
6 Dated: May 21, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ANDRES GARCIA-PEREZ

Dated: May 21, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
DANIEL S. McCONKIE, JR.
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: May 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE