1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ANDRES GARCIA-PEREZ

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,       )  NO. 2:08-cr-00133-MCE
                                   )
12              Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                   )  STATUS CONFERENCE
13       v.                        )
                                   )
14 ANDRES GARCIA-PEREZ,            )  Date:  June 26, 2008
      aka Roberto Garcia-Perez,    )  Time:  9:00 a.m.
15    aka Andres Perez Garcia,     )  Judge: Morrison C. England, Jr.
                                   )
16              Defendant.         )
                                   )
17 _____ )

18

19       It is hereby stipulated and agreed to between the United States of

20 America through Daniel S. McConkie, Jr., Assistant United States

21 Attorney, and ANDRES GARCIA-PEREZ, by and through his counsel, Matthew

22 C. Bockmon, Assistant Federal Defender, that the status conference

23 presently scheduled for June 12, 2008, be vacated and rescheduled for

24 status conference on June 26, 2008, at 9:00 a.m.

25       This continuance is being requested because defense counsel needs

26 additional time to review the proposed plea agreement with defendant,

27 who speaks only Spanish.

28 ///

1     IT IS FURTHER STIPULATED that the period from June 12, 2008,
2 through and including June 26, 2008, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

Dated: June 9, 2008

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Matthew C. Bockmon
    _____
    MATTHEW C. BOCKMON
    Assistant Federal Defender
    Attorney for Defendant
    ANDRES GARCIA-PEREZ

Dated: June 9, 2008

    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Matthew C. Bockmon for
    _____
    DANIEL S. McCONKIE, JR.
    Assistant U.S. Attorney
    per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: June 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE